UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------x

UNITED STATES OF AMERICA     :     Cr. No. 11-296(SDW)

          v.                :

                        :     **STIPULATED ORDER**

RAJAB GOMEZ,              :

          Defendant     :

------------------------------------------------x

This matter having come before the Court upon the application of Defendant Rajab Gomez, by his attorney, Gary L. Cutler, for an Order allowing Defendant to work while awaiting sentencing, and,

**WHEREAS,** the United States Attorney for the District of New Jersey, by Assistant U.S. Attorney Rodney Villazor, agrees that Defendant be allowed to work while awaiting sentencing, and,

**FOR GOOD CAUSE SHOWN,**

**IT IS HERBY ORDERED** that Defendant Rajab Gomez 's conditions of release are amended to allow him to work while awaiting sentencing.

_____        _____
Defendant Rajab Gomez                  United States Attorney for the D.N.J.
By: Gary L. Cutler                        By: AUSA Rodney Villazor
Attorney for Defendant Rajab Gomez

So Ordered: _____     Dated: June 30, 2011
          Hon. Susan D. Wigenton
          United States District Court Judge