PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: GOMEZ, Rajab                                  Cr.: 11-00296-001
                                                                PACTS #: 60315

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/26/2014

Original Offense: Crack Cocaine Distribution

Original Sentence: 24 months imprisonment; 4 years supervised release; $100 Special Assessment

Special Conditions: 1) Alcohol and Drug Testing/Treatment; 2) No Gang Association/Membership; and 3) Self-Employment Regulations

Type of Supervision: Supervised Release              Date Supervision Commenced: 04/01/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 15, 2015, Gomez admitted abusing marijuana while on Supervised Release. Reportedly, such illicit use occurred on/about April 10, 2015. |

U.S. Probation Officer Action: Probation will present this document to Gomez. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, Sr. U.S.P.O.

*Joseph Empirio*  Joseph Empirio
                  2015.05.01 13:07:03
                  -04'00'

Date: 05/01/2015

Prob 12A – page 2
GOMEZ, Rajab

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No formal Court action to be taken at this time - Probation will present this document to the offender as a written reprimand issued under the authority of the United States District Court *(probation recommended)*

[ ] Submit a request for modifying the conditions of supervision

[ ] Submit a request for warrant or summons

[ ] Other

_____
Signature of Judicial Officer

_____
Date